UNSEALED
✱ 4/7/15 nr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 1 2015

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § |
| --- | --- |
| | § |
| v. | § |
| | § |
| ✱ JAIME SANCHEZ BREWSTER | § |
| also known as "Jamie" | § |
| also known as "Chipo" | § |
| ✱ GABRIELA GARCIA CANDANOZA | § |
| also known as "Gabby" | § |

Criminal No. **M-15-0354**

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about May 27, 2014, and continuing to on or about September 11, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JAIME SANCHEZ BREWSTER**
also known as "Jamie"
also known as " "Chipo"
**GABRIELA GARCIA CANDANOZA**
also known as "Gabby"

knowing and in reckless disregard of the fact that individuals, who were aliens, who had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors to knowingly transport and move said aliens within the United States in furtherance of such violation of law, that is, from a location near Donna, Texas to another location near Donna, Texas by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i).

### Count Two

On or about May 27, 2014, and continuing to on or about September 11, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JAIME SANCHEZ BREWSTER**
also known as "Jamie"
also kown as "Chipo"
**GABRIELA GARCIA CANDANOZA**
also known as "Gabby"

knowing and in reckless disregard of the fact that individuals, who were aliens, who had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors to knowingly conceal, harbor, and shield from detection said aliens in any place, including any building or any means of transportation, to wit: in a house in Hidalgo County, Texas for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

### Count Three

On or about June 4, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

> **JAIME SANCHEZ BREWSTER**
> **also known as "Jamie"**
> **also kown as "Chipo"**
> **GABRIELA GARCIA CANDANOZA**
> **also known as "Gabby"**

knowing and in reckless disregard of the fact that Sergio Junior Lopez-Gonzalez was alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Donna, Texas, to another location near Donna, Texas, by means of a motor vehicle, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

### Count Four

On or about June 5, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

> **JAIME SANCHEZ BREWSTER**
> **also known as "Jamie"**
> **also known as "Chipo"**
> **GABRIELA GARCIA CANDANOZA**
> **also known as "Gabby"**

knowing and in reckless disregard of the fact that Ricardo Rocha-Terriquez was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Donna, Texas, to another location near Donna, Texas, by means of a motor vehicle, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

### Count Five

On or about July 8, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JAIME SANCHEZ BREWSTER**
also known as "Jamie"
also known "Chipo"
**GABRIELA GARCIA CANDANOZA**
also known as "Gabby"

knowing and in reckless disregard of the fact that Jose Leonel Velasquez was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Donna, Texas, to another location near Sarita, Texas, by means of a motor vehicle, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

### Count Six

On or about September 3, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JAIME SANCHEZ BREWSTER**
also known as "Jamie"
also known as "Chipo"
**GABRIELA GARCIA CANDANOZA**
also known as "Gabby"

did knowingly and intentionally conspire and agree together and with other person or persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

### Count Seven

On or about September 3, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JAIME SANCHEZ BREWSTER**
also known as "Jamie"
also known as "Chipo"
**GABRIELA GARCIA CANDANOZA**
also known as "Gabby"

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 50 kilograms or more, that is, approximately 78 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_Robert Wells Jr_
ASSISTANT UNITED STATES ATTORNEY